IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ABEL TRAVIESO, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | Case No. CV 04-B-2566-E |
| ) | |
| FEDERAL BUREAU OF PRISONS; ) | |
| WARDEN; et al., ) | |
| ) | |
| Respondents. ) | |

O R D E R

On April 6, 2006, the magistrate judge filed his Report and Recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be denied and dismissed with prejudice. The petitioner filed objections on April 18, 2006.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation and the petitioner's objections thereto, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be and the same is hereby **DENIED** and **DISMISSED** with prejudice.

Done this 11th day of May, 2006.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE